CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 2 6 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08-cv-00598** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WESTERN REGIONAL** | ) | |
| **DIRECTOR VDOC, <u>et. al.</u>,** | ) | |
| **Defendants.** | ) | |
| | | |
| **KENNETH EDWARD BARBOUR,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08-cv-00601** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VDOC DIRECTOR INMATE** | ) | |
| **HEALTH SERVICES, <u>et. al.</u>,** | ) | |
| **Defendants.** | ) | |
| | | |
| **KENNETH EDWARD BARBOUR,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08-cv-00602** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WESTERN REGIONAL** | ) | |
| **DIRECTOR VDOC, <u>et. al.</u>,** | ) | |
| **Defendants.** | ) | |
| | | |
| **KENNETH EDWARD BARBOUR,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08-cv-00603** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CAPTAIN REYNOLDS, <u>et. al.</u>,** | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:08-cv-00604** |
| | ) | |
| v. | ) | |
| | ) | |
| **WESTERN REGIONAL** | ) | |
| **DIRECTOR VDOC, <u>et. al.</u>,** | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:08-cv-00605** |
| | ) | |
| v. | ) | |
| | ) | |
| **WESTERN REGIONAL** | ) | |
| **DIRECTOR VDOC, <u>et. al.</u>,** | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:08-cv-00606** |
| | ) | |
| v. | ) | |
| | ) | |
| **VDOC WESTER REGIONAL** | ) | |
| **DIRECTOR, <u>et. al.</u>,** | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:08-cv-00607** |
| | ) | |
| v. | ) | **<u>FINAL ORDER</u>** |
| | ) | |
| **BRYAN WATSON, <u>et. al.</u>,** | ) | **By: Hon. James C. Turk** |
| Defendants. | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that these eight (8) civil actions are hereby **CONSOLIDATED** for disposition; all eight (8) civil

actions are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for

failure to state a claim; and all eight (8) actions are stricken from the active docket of the court.

Plaintiff is advised that federal law provides that a prisoner may not bring a civil action without complete prepayment of the appropriate filing fee if the prisoner has brought on three or more occasions, an action or appeal in a federal court that was dismissed as frivolous, as malicious, or for failure to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. <u>See</u> 28 U.S.C. §1915(g). **Because of the overlapping nature of plaintiff's claims in these eight civil actions, the simultaneous dismissal of these eight complaints shall only count as one qualified dismissal under 28 U.S.C. § 1915(g).** Thus, plaintiff is advised that he now has at least one "strike" under § 1915(g), and if he has previously had, or in the future has, two or more other civil actions in federal court dismissed on the grounds cited in § 1915(g), he will no longer be allowed to file any civil action in federal court without prepayment of the $350.00 filing fee, unless he demonstrates imminent danger of serious physical harm.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 26th day of November, 2008.

*James C. Turk*

Senior United States District Judge